FILED
CLERK, U.S. DISTRICT COURT

MAR - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DAVID LEE SCOTT,                )    NO. CV 08-880-GHK(CT)
                                )
            Petitioner,         )    JUDGMENT
                                )
      v.                        )
                                )
B. CURRY, Warden, et al.,       )
                                )
            Respondents.        )
_____)

In this action, petitioner, a state prisoner, has filed his seventh federal petition for writ of habeas corpus in this court. The court has ordered that the petition be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the United States Court of Appeals for the Ninth Circuit.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed.

DATED: 3/2/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE